IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**AMERICAN LEGION,**

    Plaintiff,

v.                                          No. 1:12-cv-01173-RHS-WDS

**LEGION RIDERS CHAPTER ONE OF NEW MEXICO, INC.,**

    Defendants.

## INITIAL SCHEDULING ORDER

**THIS MATTER** is assigned to me for all scheduling, case management, discovery and non-dispositive motions. The Federal Rules of Civil Procedure, as amended, and the Local Civil Rules of the Court apply to this civil litigation.

**IT IS THEREFORE ORDERED** that all pretrial practice in the above-captioned cause shall be in accordance with the following:

1. A Rule 16 Scheduling Conference will be conducted in my chambers, Suite 720, 333 Lomas, NW, Pete V. Domenici United States Courthouse, Albuquerque, New Mexico, on **March 18, 2013 at 9:40 a.m.** At this Scheduling Conference counsel shall be prepared to discuss all scheduling issues including personal and professional conflicts. Personal attendance by the parties is not required under the terms of this Order. Counsel may appear telephonically, but must advise my chambers at least 48 hours prior to the Scheduling Conference that they will be doing so. At that time my staff will provide you with details in regard to setting up the conference call.

2. The parties, appearing through counsel of record or pro se, are hereby directed to personally meet and confer no later than **February 28, 2013**, for the purpose of formulating a Joint Status Report and Provisional Discovery Plan (hereinafter referred to as "JSR") pursuant to Fed. R. Civ. P. 26(f). The time allowed for discovery is generally 150 to 180 days. The parties and counsel

shall cooperate in preparing a JSR. The standardized JSR form is available at the Court's web site, www.nmcourt.fed.us, and may be downloaded for use in preparation of the JSR in the instant cause. The blanks in the JSR for suggested/proposed dates are to be filled in by the parties. The final case management dates will be determined by the Court after consideration of the requests of the parties. Plaintiff(s), or Defendant(s) in removed cases, shall be responsible for the filing of the JSR on or before **March 12, 2013.**

3. The parties and counsel may not modify the case management deadlines without the showing of good cause and then only upon the express and written order of the Court. Modifications not approved by the Court will not be recognized and are not binding upon the case.

4. Initial disclosures under Fed. R. Civ. P. 26(a)(1) shall be made within fourteen (14) days of the date of the meet and confer session set forth in Paragraph 2 above.

_____
W. DANIEL SCHNEIDER
UNITED STATES MAGISTRATE JUDGE
Pete V. Domenici United States Courthouse
333 Lomas Blvd., N.W. - Chambers #720
Albuquerque, New Mexico  87102
(505) 348-2370